■ TERESITA N. TERUEL, Respondent, v PROVIDENCE WASH-INGTON INSURANCE GROUP, Appellant.—Order and judgment unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Fallon, J. (Appeal from Order and Judgment of Supreme Court, Erie County, Fallon, J.—Declaratory Judgment.) Present—Boomer, J. P., Pine, Lawton, Boehm and Davis, JJ.

